UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA KAY MILLS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | Case No.: 1:17-cv-01091-SAB<br><br>ORDER RE PARTIES' STIPULATION TO EXTEND TIME FOR PLAINTIFF TO SERVE LETTER BRIEF<br><br>(ECF No. 13) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall serve her letter brief on or before March 9, 2018. The Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **February 7, 2018**

UNITED STATES MAGISTRATE JUDGE