# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DEBRA KAY MILLS, | Case No.: 1:17-cv-01091-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR AN EXTENSION OF TIME |
| vs. | (ECF No. 18) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before June 27, 2018; and

2. Plaintiff's reply, if any, shall be filed on or before July 12, 2018.

IT IS SO ORDERED.

Dated: __June 8, 2018__

UNITED STATES MAGISTRATE JUDGE

1